UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 1:07-cr-0090-02-WTL-DKL |
| ANGEL S. TURNER, | ) ) ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION
ON PETITION FOR VIOLATION OF SUPERVISED RELEASE**

This cause is before the Court for a Report and Recommendation on petition for violation of supervised release filed on January 23, 2013.  [Docket Nos. 112, 113.]  The Court held a hearing on November 12, 2013, at which the United States of America and Defendant Angel S. Turner appeared by counsel; United States Probation Officer Ron Carothers was also present.

Defendant previously admitted to violations 1, 2, 3 (in part), and 4 and the Court previously found that Defendant violated the same.  [Docket No. 119.]  The Court held any disposition of the petition in abeyance to allow Defendant an opportunity to come into compliance with her terms of release.  [Docket Nos. 119, 120, 121.]

At the November 12, 2013, hearing, the parties and the USPO agreed that no further action is needed at this time, and asked the Court to proceed accordingly.  Defendant remains employed and is making efforts to get her driver's license.  Defendant's drug tests continue to be negative.  For these reasons, as more fully set forth on the record, the Magistrate Judge agrees and recommends to the District Judge that no further action be taken on the petition.

1

You are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge pursuant to 28 U.S.C. ' 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure Rule 72(b).  You shall have within 14 days after being served a copy of this Report and Recommendation to serve and file written objections.  Failure to object within this time period may constitute a waiver.

Dated: 11/14/2013

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Michael Donahoe, IFCD
Josh Minkler, AUSA
Ross Carothers, USPO