UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:07-cr-0090-WTL-DKL-2 |
| | ) | |
| ANGEL S. TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

## Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that Angel S. Turner=s supervised release be modified, pursuant to 18 U.S.C. ' ' 3401(i) and 3583(e) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure*, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and ORDERS:

(a) Ms. Turner's supervised release is modified;

(b) Ms. Turner is placed on home detention with RF monitoring to be paid for by the defendant for a period of 120 days;

(c) Ms. Turner is placed on home detention from each weekend starting on Friday at 3:30 p.m. to Monday at 6:00 a.m. at her mother's residence in Columbus, Indiana; and

(d) all other terms of supervised release remain the same.

SO ORDERED.

Date: 7/24/14

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal