UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:07-cr-0090-WTL-DKL-2 |
| | ) | |
| ANGEL S. TURNER, | ) | |
| Defendant. | ) | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that Angel S. Turner's supervised released be revoked, pursuant to Title 18 U.S.C. ▪3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ▪3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence of eight (8) months to be served at the Volunteers of America, with no supervised release to follow, the defendant is to self-surrender, waiver of subsistence to be recommended to the Federal Bureau of Prison; and RF monitoring to be terminated.

SO ORDERED this 13th day of January 2015.

*[signature: William T. Lawrence]*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email generated by the Court's ECF system.

U. S. Parole and Probation

U. S. Marshal